**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HERITAGE BANK, INC., </br>as assignee of TANDEM BANK, </br></br>Plaintiff, </br></br>v. </br></br>P/E CAPITAL INVESTMENT </br>MANAGEMENT PARTNERS, ELISEO JOJO </br>PRISNO, AND CANDY PRISNO, </br></br>Defendants. | ) </br>) </br>) </br>) </br>) </br>) Case No. 1:25-cv-11892 </br>) </br>) </br>) </br>) </br>) </br>) |

**OPPOSED MOTION FOR JUDGMENT AGAINST ELISEO JOJO PRISNO**

Plaintiff Heritage Bank, Inc. ("Heritage"), by and through its attorneys, Schoenberg Finkel Beederman Bell Glazer, LLC, for its Opposed Motion for Entry of Judgment against Eliseo Jojo Prisno ("Eliseo"), respectfully states as follows:

**INTRODUCTION**

1. On December 10, 2025, the Court granted in part and denied in part, Heritage's Motion for Judgment on the Pleadings and to Strike Affirmative Defenses as against Eliseo Jojo Prisno ("Eliseo"). (Dkt. No. 22.) The Court held Heritage was entitled to judgment against Eliseo on an unconditional guaranty but declined to enter a specified monetary sum at that time.

2. The Court further directed the parties to meet and confer to determine whether the amount of the judgment could be agreed upon. (*Id*.)

3. As set forth in Heritage's Status Report filed on December 19, 2025, Heritage made reasonable attempts to convene that requested meet-and-confer, and although such a conference was scheduled, Eliseo failed to appear and participate.

4. Pursuant to the Court's Order of December 9, 2025 which entered an Order of Default against Defendants P/E Capital Management Partners ("P/E Capital") and Candy Prisno ("Candy") (Dkt. 21), Heritage filed a Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and accompanying Declarations establishing the amount of the judgment sought in this matter. (Dkt. No. 24.)

5. Pursuant to that Motion for Default Judgment, Heritage requested entry of judgment against P/E Capital and Candy in an amount of no less than $159,029.32, plus continuing accrued interest at the per diem rate of $42.19. (*Id.*)

6. Heritage hereby incorporates its Motion for Default Judgment and the Declarations thereto in this Motion for Judgment against Eliseo, and requests that for purposes of judicial economy, the Court resolve the appropriate amount of a monetary judgment as to P/E Capital, as borrower, and both Candy and Eliseo, as guarantors.

7. Heritage is entitled to a default judgment against P/E Capital as to Count I for breach of a promissory note, and against Candy Prisno as to Count III for breach of a personal guaranty agreement, jointly and severally in the amount of not less than $159,029.32.

8. Pursuant to this Court's Standing Orders, Heritage informed Eliseo of its intent to seek judgment. Based on Eliseo's stated intention to respond, Heritage proposes that Eliseo file his response within 21 days of the filing of this Motion, with Heritage to file its reply 14 days thereafter.

WHEREFORE, Plaintiff Heritage Bank, Inc. respectfully requests entry of judgment against Eliseo Jojo Prisno as follows:

1. Entering judgment in favor of Heritage Bank, Inc. and against Eliseo Jojo Prisno as to Count III for Breach of Guaranty in an amount of not less than $159,029.32, plus accrued interest at the per diem rate of $42.19; and

2. For any additional relief deemed just and appropriate.

    Respectfully Submitted

    **HERITAGE BANK, INC.**

    */s/ Jeffery M. Heftman*
    One of its attorneys

Jeffery M. Heftman, Esq.
jeffery.heftman@sfbbg.com
Schoenberg Finkel Beederman
    Bell Glazer, LLC
300 South Wacker Drive, Ste. 1500
Chicago, IL 60603
Tel: (312) 641-2300
Fax: (312) 648-1212

## CERTIFICATE OF SERVICE

On December 19, 2025, the undersigned certifies that on this date, he caused a copy of the ***Motion For Default Judgment Pursuant To Federal Rule Of Civil Procedure 55(b)(2)*** to be duly served from the Court's ECF system on all parties receiving electronic notification in this case, and via email upon:

Eliseo Jojo Prisno
jojo@pecapital.org

*/s/ Jeffery M. Heftman*
Jeffery M. Heftman